IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE VANY, Personal Representative of the Estate of Courtland Bryce Froemke;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KEITH ANDREW, AMBER HORN, SANDRA ALLEN, HEIDI GILLESPIE, PAUL SCHUAB, SAM LOVATO, JOE AIKENS, ADAM FRERICHS, JIM BUSH, JONATHAN HAEFELE, ENEMENCIO FALCON, MASON TVRS, CARLY FORTUNE, DR. PETER SCHILKE, COUNTY OF CHEYENNE, NEBRASKA, for the Cheyenne County Sheriff's Department; and CITY OF SIDNEY, NEBRASKA, for the Sidney Police Department;<br><br>　　　　　Defendants. | 8:25CV620<br><br>MEMORANDUM AND ORDER |

　　　Plaintiff Melanie Vany has filed this action as the Personal Representative of the Estate of Courtland Bryce Froemke, and she brings this action in that capacity. She appears pro se and is not an attorney.

　　　An estate cannot litigate its action in this forum without representation by licensed counsel. *Leber v. Bryan Med. Ctr.*, No. 8:25-CV-401, 2025 WL 2029838, at *1 (D. Neb. July 21, 2025). *See also Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347-48 (8th Cir. 1994). In addition, the court cannot appoint counsel for an estate. *See Leber.* 2025 WL 2029838, at *2.

Accordingly,

IT IS ORDERED:

On or before November 21, 2025, Plaintiff shall obtain the services of counsel and have that attorney file an appearance in this case. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

Dated this 22nd day of October, 2025.

BY THE COURT:

Cheryl R. Zwart
United States Magistrate Judge