IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE VANY, Personal Representative of the Estate of Courtland Bryce Froemke;<br><br>Plaintiff,<br><br>vs.<br><br>KEITH ANDREW, AMBER HORN, SANDRA ALLEN, HEIDI GILLESPIE, PAUL SCHUAB, SAM LOVATO, JOE AIKENS, ADAM FRERICHS, JIM BUSH, JONATHAN HAEFELE, ENEMENCIO FALCON, MASON TVRS, CARLY FORTUNE, DR. PETER SCHILKE, COUNTY OF CHEYENNE, NEBRASKA, for the Cheyenne County Sheriff's Department; and CITY OF SIDNEY, NEBRASKA, for the Sidney Police Department;<br><br>Defendants. | **8:25CV620**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's motion for extension of time. Filing No. 15. This is Plaintiff's third request for an extension of time to obtain the services of counsel to litigate this action brought by Plaintiff in her capacity as the Personal Representative of the Estate of Courtland Bryce Froemke, *see* Filing No. 9; Filing No. 13. For the reasons that follow, the Court will deny Plaintiff's motion and require Plaintiff to show cause why this case should not be dismissed for failure to comply with the Court's previous orders.

On October 22, 2025, the Court ordered Plaintiff to obtain the services of counsel and have that attorney enter an appearance in this case on or before November 21, 2025, because, as the Court explained, an estate cannot litigate its action in this Court without representation by licensed counsel, and the Court cannot appoint counsel for an estate. Filing No. 8 at 1 (citing *Leber v. Bryan Med. Ctr.*, No. 8:25-CV-401, 2025 WL 2029838, at \*1–\*2 (D. Neb. July 21, 2025)). The Court granted Plaintiff's two previous requests for extension, ultimately extending her deadline to February 6, 2026. *See* Filing No. 14.

Plaintiff filed her present motion for extension on January 26, 2026, seeking an additional extension of time as Plaintiff had continued to contact multiple attorneys but had been unable to secure representation "due to the unavailability of critical records from law enforcement agencies." Filing No. 15. Plaintiff requested an "extension of time, in an amount the Court deems reasonable, to secure counsel for the wrongful-death claim." *Id*. Though the Court has not taken up Plaintiff's motion until now, Plaintiff has had approximately four months since filing her motion to obtain the services of counsel, yet no counsel has entered an appearance in this case. Accordingly,

IT IS ORDERED that:

1.     Plaintiff's motion for extension, Filing No. 15, is denied.

2.     On or before **June 22, 2026**, absent an appearance by licensed counsel, Plaintiff shall show cause why the Complaint should not be dismissed for failure to obtain the services of counsel in compliance with the Court's October 22, 2025, order.

3.     The Clerk of Court is directed to set a pro se case management deadline using the following text: **June 22, 2026**: deadline for Plaintiff to show cause.

Dated this 21st day of May, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge